HARRY W. HECHT, *Appellant,* vs. RUTH T. CARDINAL, joined by her husband and next friend, LOUIS L. CARDINAL, *Appellees.*

140 So. 648.

Division A.

Opinion filed December 21, 1931.

*Ira C. Haycock,* for Appellant;

*Paul C. Taylor,* for Appellees.

BUFORD, C.J.—This was a suit to cancel a tax deed.

General and special demurrers were filed attacking a second amended bill of complaint. The demurrers were overruled, from which order appealed was taken.

The orders appealed from should be affirmed *upon authority of the opinion and judgment in the case of Tax Securities Corporation, a Florida Corporation vs. Peggie Borland, et al., opinion filed at this term of Court. It is so ordered.

Affirmed.

ELLIS AND BROWN, J.J., concur.

WHITFIELD, P.J., AND TERRELL, J., concur in the opinion and judgment.

DAVIS, J. (concurring) :—The object of the bill, and its prayer, is to cancel the tax deed, not the liability of the land to the tax attempted to be assessed. This *deed,* if all statutory steps have been followed, conveys title in itself, but if not, it as a *deed* may be decreed to be invalid and the holder of it remitted to his appropriate remedy under Sec. 1026 C. G. L., 795, R. G. S. See San Sebastian Development Corp. vs. Couch, decided at the present term, and the case cited in the opinion of Mr. Chief Justice BUFORD above.